# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** _17-144_  (Complaint)/Warrant from Other District

**Defendant:** _Eddie James_

**Violation:** _Bank Robbery_
_18_ USC _2113_

**U.S. Attorney:** _David Haller_

**Interpreter Needed?** Yes  (No)

**Court Date and Time:** ____

**Before Magistrate Judge:** ____