CLOSED

# U.S. District Court
# Western District of Louisiana (Shreveport)
# CRIMINAL DOCKET FOR CASE #: 5:17−mj−00129−MLH All Defendants

Case title: USA v. James  
Other court case number: 17−MAG−144 Eastern District of Louisiana

Date Filed: 11/06/2017  
Date Terminated: 11/06/2017

Assigned to: Magistrate Judge Mark L Hornsby

### Defendant (1)

**Eddie James**  
*TERMINATED: 11/06/2017*

represented by **Betty Lee Marak**  
Federal Public Defenders Office (SHV)  
300 Fannin St Ste 2199  
Shreveport, LA 71101  
318−676−3310  
Fax: 318−676−3313  
Email: betty_marak@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

CHARGES ORIGINATING IN ED/LA 18:2113A.F – BANK ROBBERY

**Disposition**

**Plaintiff**

| USA | represented by | **Seth D Reeg** |
| | | US Assets (SHV) |
| | | 401 Market St Ste 560 |
| | | Shreveport, LA 71101 |
| | | 318–222–1727 |
| | | Email: seth.reeg@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/03/2017 | | | ARREST (Rule 5(c)(2)) of Eddie James (1). (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/03/2017 | 1 | | RULE 40 or 5(c)(3) Charging Documents Received from Eastern District of Louisiana, their Case Number 17–MAG–144, as to Eddie James (1). (Attachments: # 1 SEALED Arrest Warrant) (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/06/2017 | 2 | | ORAL MOTION to Appoint Counsel by Eddie James (1). (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/06/2017 | 3 | | ORAL MOTION for Betty Marak to Enroll as Appointed Counsel by Eddie James (1). (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/06/2017 | 4 | | ORAL MOTION for Detention pending a detention hearing by USA as to Eddie James (1). (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/06/2017 | 5 | 3 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Eddie James (1) held on 11/6/2017. ORAL ORDERS granting 2 Motion to Appoint Counsel and granting 3 Motion to Enroll Betty Marak as Appointed Counsel as to Eddie James (1). ORAL ORDER granting 4 Motion for Detention pending a detention hearing as to Eddie James (1). The defendant waived his right to a detention hearing in this district and requested to have all further proceedings conducted in the charging district. Defendant remanded into the custody of the U S Marshal pending a detention hearing in the Eastern District of Louisiana. (Court Reporter: LCR, Shreveport – Courtroom 3) (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/06/2017 | 6 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Eddie James (1). (crt,YocumSld, M) (Entered: 11/06/2017) |
| 11/06/2017 | 7 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Eddie James (1). Defendant committed to Eastern District of Louisiana. Signed by Magistrate Judge Mark L Hornsby on 11/6/2017. (crt,YocumSld, M) (Entered: 11/06/2017) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. (WDLA) 5:17-MJ-00129-01 |
| VS. | CASE NO. (EDLA) 17-MAG-144 |
| **EDDIE JAMES** | MAG. JUDGE: HORNSBY |

**MINUTES OF COURT:**
*Initial Appearance*

| | | | |
|---|---|---|---|
| Date: | November 6, 2017 | Presiding: | Mag. Judge Mark L. Hornsby |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Corey Whidden |
| Court Adjourned: | 10:14 a.m. | Court Reporter: | LCR, Courtroom 3 |
| Statistical Time: | 00:14 | | |

**APPEARANCES**

1. Seth D. Reeg, AUSA           for   United States of America
2. Betty Lee Marak, AFPD        for   Eddie James
3. Eddie James, Defendant

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Magistrate Judge Hornsby met with counsel prior to the initial appearance to discuss scheduling.

**INITIAL APPEARANCE AND COUNSEL:**

The defendant admitted his identity and was advised of the charges and of his constitutional rights.

Based on the evidence in the record, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the Court granted Defendant's oral motion for appointment of counsel.

The court granted Betty Lee Marak's oral motion to enroll on behalf of the Federal Public Defender for the defendant in this district.

**BOND DETERMINATION/DETENTION HEARING:**

The court granted the government's oral motion for temporary detention pending a detention hearing. The defendant waived his right to a detention hearing in this district and requested to have all further proceedings conducted in the charging district. Accordingly, the defendant is remanded into the custody of the U.S. Marshal pending a detention hearing in the Eastern District of Louisiana. A commitment to Another District Order was filed herewith. Copies of the proceedings in the Western District of Louisiana have been transmitted to the Eastern District of Louisiana.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED – SHREVEPORT

NOV 06 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:17-mj-00129-01 |
| Eddie James | ) | |
| | ) | Charging District's Case No. 17-Mag-144 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Louisiana

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/06/2017

*Eddie James*
Defendant's signature

*Betty A. Marak*
Signature of defendant's attorney

Betty Lee Marak
Printed name of defendant's attorney

4