MINUTE ENTRY
DECEMBER 13, 2017
NORTH, M.J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-144 |
| EDDIE JAMES | SECTION: MAG |

### DETENTION HEARING

PRESENT: X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT CJA/FPD: _Gary Schwabe_
_500 Poydras St., New Orleans, LA 70130_

X/ASST. U.S. ATTORNEY _DAVID HALLER_ Brandon Long for

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS (ES) _____

__/DEFENSE WITNESS (ES) _____

MJSTAR: 00: 02

EDDIE JAMES                         17-144 MAG

DEFENDANT                        CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

__/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

__/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

__/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

X/ THE DEFENDANT WAIVED/(STIPULATED) TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

__/ OTHER: _____

_____