PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ INFORMATION ☐ INDICTMENT

CASE NO. **18-00003 SECT. R MAG. 3**

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding Indictment ☐ Defendant Added ☐ Charges/Counts Added ☐ Information

USA vs.
Defendant: Eddie James

Address: Custody of USMS

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Sandy Trosclair
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3016

Name of Asst. U.S. Attorney (if assigned): David Haller, AUSA

☐ Interpreter Required   Dialect: _____

Birth Date: 1977
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: xxx-xx-3703

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
TFO Gerry Coleman, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
17-MAG-144

Place of offense: Orleans Parish County

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date 11/3/2017 or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Gary Schwabe
☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 2113(a) | Bank Robbery | 1 |