# *X MAGISTRATE PAPERS WERE FOUND 17-144*

## *For*

**NAME: EDDIE JAMES**

**Initials: TBL**