MINUTE ENTRY
ROBY, M.J.
JANUARY 11, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 18-003 |
| EDDIE JAMES | SECTION R |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X DEFENDANT
X COUNSEL FOR DEFENDANT   GARY SCHWABE, JR.
X ASSISTANT U.S. ATTORNEY   DAVID HALLER
___ INTERPRETER _____ SWORN
(TIME: ____.M to ____.M)

X / READING OF THE BILL OF INFORMATION: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: Waiver of Indictment of executed

**NOTICE:** X / PRE-TRIAL CONFERENCE: **FEBRUARY 27, 2018 AT 2:30 PM**

**BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE**

X / TRIAL: **MARCH 12, 2018 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE SARAH S. VANCE**

MJSTAR: 00: 03