# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 18-3 "R" |
| Eddie James | ) |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-11-18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Gary Schwabe
*Printed name of defendant's attorney*

_____
*Judge's signature*

KAREN W. Roby
*Judge's printed name and title*
Chief U.S. Magistrate Judge