**MINUTE ENTRY**
**VANCE, J.**
**April 4, 2018**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL CASE**

**VERSUS**                                       **NO. 18-3**

**EDDIE JAMES (CUSTODY)**                        **SECTION: R**


**CASE MANAGER:  JAY SUSSLIN**
**COURT REPORTER: KAREN IBOS**

### REARRAIGNMENT

**APPEARANCES:  EDDIE JAMES, DEFENDANT**
               **GARY SCHWABE, COUNSEL FOR DEFENDANT**
               **DAVID HALLER, ASSISTANT U.S. ATTORNEY**
               **U.S. PROBATION OFFICER**
               **U.S. MARSHALS**

**Court begins.**
**All present and ready.**
**Defendant sworn and questioned by the Court.**
**Defendant is present to withdraw former plea of Not Guilty as to Count 1 of the Bill of Information and enters a plea of guilty as to same.**
**Waiver of indictment previously signed and filed into the record.**
**Defendant cautioned regarding possible prosecution for perjury or false statement if answers to the Court's questions are not truthful.**
**Defendant informed of rights to trial by jury or the Court and waives same.**

**JS-10: 00:20**

Reading of the Bill of Information by the Court to the defendant is waived.
Defendant informed of the maximum penalties.
Defendant informed of the Sentencing Guidelines.
Defendant enters a plea of Guilty.
Factual basis signed by all parties and filed into the record.
The Court finds there is a factual basis for the plea of guilty in this matter and that the defendant is fully competent to enter plea of guilty and is pleading guilty knowingly and voluntarily.
The defendant ADJUDGED GUILTY on his plea of Guilty.
PRETRIAL CONFERENCE AND TRIAL ARE HEREBY CANCELLED.
ALL PENDING MOTIONS ARE HEREBY SATISFIED AS MOOT.
Pre-Sentence Investigation ORDERED.
SENTENCING HEARING set for WEDNESDAY, AUGUST 8, 2018 at 9:30 a.m.
Defendant is remanded to the custody of the U.S. Marshals to return on the date set for sentencing.
Court adjourned.