UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2018 APR -4 A 11:03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-03 |
| v. | * | SECTION: "R" |
| EDDIE JAMES | * | |

\* \* \*

## FACTUAL BASIS

The defendant, **EDDIE JAMES**, has agreed to plead guilty as charged to Count One of the one-count Bill of Information. Count One charges **JAMES** with bank robbery, in violation of Title 18, United States Code, Section 2113(a). Should this matter have proceeded to trial, the government would have proven, through the introduction of competent testimony and other admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the Bill of Information:

On Thursday, November 2, 2017, at approximately 10:00 a.m., a black male, herein referred to as the robber, entered the Fidelity Homestead Bank located at 1201 South Carrollton Avenue, New Orleans, Louisiana 70118. The robber walked to teller position three and presented a demand note that said, "This is a Robbery!! Don't Look up. Put the money in the bag!! Don't chance it!!" The victim teller complied with the robber's demand and handed the robber approximately $1,114 in United States currency. The robber left the demand note on the counter and walked away from the counter and out of the bank.

On November 2, 2017, at approximately 11:30 a.m., an individual identifying himself as **EDDIE JAMES** contacted the switchboard for the Federal Bureau of Investigation (FBI) in New

Page 1 of 3

AUSA DH
Defendant E.J.
Defense Counsel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Orleans, Louisiana and asked to speak to the supervisor handling the bank robbery, which had occurred about an hour and a half earlier. **JAMES** was transferred to Supervisory Special Agent Christopher DiMenna's cellular telephone. SSA DiMenna was still on the scene of the robbery at the time of the referenced call. FBI SA William C. Williams and FBI SA Crystal Bender witnessed the call as SSA DiMenna placed the call on speaker.

During the call, **JAMES** advised that he was having a hard time paying his bills and decided to rob the Fidelity Homestead Bank while on his way to work. **JAMES** identified himself as "**EDDIE JAMES**, date of birth 03/18/19**, D.O.C. # of 361***." The personal information provided by the caller who identified himself as **EDDIE JAMES** corresponds to **JAMES'** actual date of birth and Department of Corrections number. **JAMES** further identified his address as 1725 Bartholomew Street. The address **JAMES** provided matches the address found on a Fidelity Homestead Bank statement in the envelope that the robber used to write the demand note.

**JAMES** was asked for a description of the clothing he was wearing as confirmation that he was in fact the robber. **JAMES** replied that he was wearing a blue suit, hat, and glasses, which fit the exact description of the robber. This information had not been released outside of law enforcement at that time.

**JAMES** also stated he entered the bank and observed three females in the bank. This is consistent with information provided by eyewitnesses. **JAMES** advised that he then "pulled out a note" and robbed the bank. **JAMES** told SSA DiMenna that the suit, shirt, and glasses that he had on during the robbery were not at his home and that law enforcement would never find them.

Page 2 of 3

AUSA *DW*
Defendant *EJ*
Defense Counsel *GVS*

JAMES told SSA DiMenna that his cellular telephone number was 504-515-96**. The FBI New Orleans dispatcher confirmed that the referenced number was in fact the number on which JAMES called the FBI. Further, records subsequently obtained from Sprint confirm that the above referenced number was subscribed to EDDIE JAMES at 1725 Bartholomew Street, New Orleans, Louisiana.

The government would present evidence proving that funds stolen from the Fidelity Homestead Bank by JAMES were insured through the Federal Deposit Insurance Corporation at the time of the robbery.

_____  
DAVID HALLER  
Assistant United States Attorney

4-4-18  
Date

_____  
EDDIE JAMES  
Defendant

4-4-18  
Date

_____  
GARY SCHWABE  
Attorney for Defendant

4-4-18  
Date