**MINUTE ENTRY**
**VANCE, J.**
**AUGUST 8, 2018**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| **VERSUS** | **NO. 18-3** |
| **EDDIE JAMES (CUSTODY)** | **SECTION: R** |

**CASE MANAGER:  JAY SUSSLIN**
**COURT REPORTER: CATHY PEPPER**

### SENTENCING

**APPEARANCES:** EDDIE JAMES, DEFENDANT
GARY SCHWABE, COUNSEL FOR DEFENDANT
MARIA CARBONI FOR DAVID HALLER, ASSISTANT U.S. ATTORNEY
U.S. PROBATION OFFICER
U.S. MARSHALS

Court begins.
All present and ready.
Defendant is present for sentencing as to Count 1 of the Bill of Information.
MOTION by Government for 3-level reduction, GRANTED for reasons stated on the record.
See Judgment and Commitment order.
Appeal rights advised.
Defendant remanded to custody of the U.S. Marshals.
Counsel thanked and excused.
Court adjourned.

JS-10: 00:17